# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Stephen Charles Myers
Attorney at Law
642 Ursuline St.
Baton Rouge LA 70808

Keith Dunn Jones
Jones, Aaron & Smith
8480 Bluebonnet Blvd., Suite F
Baton Rouge, LA 70810

## REHEARING ACTION: May 12, 2010

**Docket Number: 09  01418-CA**

**JOHN E. LAND, III, ET AL.**
**VERSUS**
**DENNIS J. VIDRINE**

**Appealed from Lafayette Parish Case No. C20086656**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Oswald A. Decuir**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John E. Land, III, Jennie Caroline Land, and Susan Land**

**Orellana** has this day been

**DENIED.**

cc: Joel Edward Gooch, Counsel for the Appellee